IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-01867-RWS |
| MCDONALD'S CORPORATION, MCDONALD'S USA LLC, AND TENAJ, LC, LLC, | ) ) ) ) |
| Defendants. | ) ) |

*So Ordered*
*/s/ [Judge signature] 11/1/2021*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the parties, that this action is dismissed with prejudice. This dismissal with prejudice includes all claims asserted by Plaintiff Barbara Johnson. Each party is to bear its own costs and attorneys' fees.

Dated: October 26, 2021

Respectfully submitted,

SEDEY HARPER WESTHOFF, P.C.
By:  /s/ *Claire Bruner-Wiltse*
Benjamin F. Westhoff, #53047MO
Claire Bruner-Wiltse, #69434MO
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
bwesthoff@sedeyharper.com
cbruner-wiltse@sedeyharper.com
ATTORNEYS FOR PLAINTIFF

PROSKAUER ROSE LLP
By: /s/ *Edward C. Young*  w/permission

Nigel F. Telman (*admitted pro hac vice*)
Edward C. Young (*admitted pro hac vice*)
70 W Madison, Suite 3800
Chicago, IL 60602-4342
Phone: 312-962-3548
Fax: 312-962-3551
ntelman@proskauer.com
eyoung@proskauer.com

Stacy M. Bunck Bar #53229MO
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
Phone: (816) 410-2229
Fax: (816) 471-1303
stacy.bunck@ogletree.com
ATTORNEYS FOR DEFENDANT MCDONALD'S CORPORATION
AND MCDONALD'S USA, LLC

FOX SMITH, LLC
By:   */s/ Margaret Gentzen  w/permission*
Thomas J. Smith, # 41353MO
Margaret Gentzen, #64862MO
FOX SMITH, LLC
One S. Memorial Drive, 12th Floor
St. Louis, Missouri 63102
Phone: (314) 588-7000
Fax: (314) 588-1965
tsmith@foxgalvin.com
mgentzen@foxsmithlaw.com
ATTORNEYS FOR DEFENDANT TENAJ, LC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic filing system upon all counsel of record this 26th day of October, 2021:

*/s/ Claire Bruner-Wiltse*